AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   MASS

U.S.
v.
FRANCIS MOORO et als.

**APPEARANCE**

Case Number: 04 - M - 221 - JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Francis Moero

I certify that I am admitted to practice in this court.

5/25/04
Date

FILED IN OPEN COURT

U.S. DISTRICT COURT

  2  2004

RECEIVED

_Albert F. Cohen, Jr._
Signature

Albert F. Cohen, Jr.           107900
Print Name                     Bar Number

30 Mass. Ave
Address

N. Andover   Ma.        01845
City          State      Zip Code

978-794-5658    978-794-3544
Phone Number              Fax Number