UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **CRIMINAL NO. 04-10194-RCL** |
| ) | |
| **ANTHONY BUCCI, et al.**   ) | |

### Government's Substitution of Counsel and Notice of Appearance

The United States of America, by and through Assistant United States Attorney John T. McNeil, respectfully notifies the Court that the United States will be henceforth represented by undersigned counsel rather than Assistant United States Attorney John Farley. Please forward all notices and orders in this matter to undersigned counsel.

                                                               Respectfully submitted,

                                                               MICHAEL J. SULLIVAN
                                                               United States Attorney

Date: September 24, 2004                  By: *John T. McNeil*
                                                               JOHN T. MCNEIL
                                                               Assistant U.S. Attorney
                                                               617/748-3242
                                                               FAX 617/748-3954

1