```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )    Criminal No. 04-10194-RCL
                              )
          v.                  )    VIOLATIONS:
                              )
ANTHONY BUCCI,                )    21 U.S.C. §846 - Conspiracy to
     a/k/a "Gino,"            )    Distribute and to Possess with
DAVID JORDAN, and             )    Intent to Distribute Cocaine
FRANCIS MUOLO,"               )
     a/k/a "Skeeter,"         )    21 U.S.C. §841(a)(1) -
          Defendants.         )    Possession of Cocaine
                              )    with Intent to Distribute
                              )
                              )    18 U.S.C. §924(c)(1)(A) -
                              )    Using or Carrying a Firearm
                              )    During and in Relation to a
                              )    Drug Trafficking Crime and
                              )    Possession of a Firearm in
                              )    Furtherance of a Drug
                              )    Trafficking Crime
                              )
                              )    18 U.S.C. §1512(b)(3) -
                              )    Witness Tampering
                              )
                              )    18 U.S.C. §1001 -
                              )    False Statements
                              )
                              )    18 U.S.C. §2 -
                              )    Aiding and Abetting
                              )
                              )    21 U.S.C. §853 -
                              )    Criminal Forfeiture
```

**UNITED STATES' BILL OF PARTICULARS**
**<u>FOR FORFEITURE OF ASSETS</u>**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

The Forfeiture Allegation of the Indictment seeks forfeiture, pursuant to 21 U.S.C. § 853 as a result of violations

of 21 U.S.C. §§ 841 and 846, of any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the offenses, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including, but not limited to the following:

1. One 1997 Mercedes Benz S500, Vehicle Identification Number WDBGA51G1VA349608, and Massachusetts Registration Number 3802YL, seized from Anthony Bucci, on or about May 20, 2004; and

2. $6,563 in U.S. Currency, seized from Anthony Bucci, on or about May 20, 2004.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: /s/ KRISTINA E. BARCLAY
> JOHN T. MCNEIL
> KRISTINA E. BARCLAY
> Assistant U.S. Attorneys
> 1 Courthouse Way, Suite 9200
> Boston, MA 02210
> (617) 748-3100

Dated: September 24, 2004

**CERTIFICATE OF SERVICE**

I, Kristina E. Barclay, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Bill of Particulars for Forfeiture of Assets, was served upon Barry P. Wilson, Esquire, 240 Commercial Street, Suite 5A, Boston, MA 02109, as counsel of record for Defendant Anthony Bucci, by first class mail, postage prepaid.

> /s/ KRISTINA E. BARCLAY
> Kristina E. Barclay
> Assistant U.S. Attorney

Dated: September 24, 2004