UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.04-10194-RCL |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| FRANCIS MUOLO | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant FRANCIS MUOLO, respectfully moves this Honorable Court to modify his conditions of release to allow him to work at Trowel, Inc., Wakefield, MA  (781) 279-4309 in accordance with the attached correspondence.  While he currently is on home detention with electronic monitoring, such new employment, and the hours worked, would be coordinated with Pre-trial Services.

Date: October 26, 2004          Respectfully submitted,

                                /s/ *Michael C. Bourbeau*

                                MICHAEL C. BOURBEAU BBO #545908
                                Attorney for Defendant
                                FRANCIS MUOLO
                                77 Central Street, 2d Floor
                                Boston, MA 02109
                                (617) 350-6565