August 13, 2004

Trowel Inc.
10 Wright Street
Stoneham, MA 02180

To whom it may concern:

I Steven Blauvelt, owner of Trowel, Incorporated intend to have Francis Muolo come work with us as soon as possible. His duties will include light plastering work. I intend to use Francis 8 hours a day 40 hours per week.

Office Telephone number is 781-279-4309

Cellular telephone 617-828-7642

Tax ID is 04-3437357

Regards

Stephen Blauvelt