UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )
            Plaintiff       )
        v.                  )     No. 04-CR-10194-RCL
                            )
                            )
FRANCIS MUOLO               )
            Defendant       )
_____)
```

**MOTION OF ATTORNEY MICHAEL C BOURBEAU
TO WITHDRAW AS COUNSEL**

Defendant Francis Muolo is an indigent and has previously been granted in forma pauperis status. The undersigned attorney was appointed pursuant to the CJA. Counsel respectfully submits that at the status conference held on October 12, 2004 he learned of a potential conflict of interest as a result of an association of one of the co-defendants herein and other present and past clients of this counsel. Wherefore, counsel respectfully moves to withdraw to avoid even an appearance of a potential conflict and hereby requests this Honorable Court to appoint new counsel for Mr. Moulo. Mr. Moulo has been fully advised of this motion.

Date: October 26, 2004              Respectfully submitted,

                                    /s/ *Michael C. Bourbeau*

                                    Michael C. Bourbeau  BBO #545908
                                    77 Central Street, 2d Floor
                                    Boston, MA 02109
                                    (617) 350-6565

                                    Attorney for Defendant
                                    Francis Muolo