UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 1:04-CR-10194-RCL

UNITED STATES

v.

FRANCIS MUOLO,  Anthony
 Bucci and David Jordan,
              Defendants.

MOTION FOR TEMPORARY
AMENDMENT TO CONDITIONS OF RELEASE

N O W  C O M E S defendant, FRANCIS MUOLO, and moves with the Government's

assent to amend the conditions of his release on electronic monitoring.  Mr. Muolo moves

for an order allowing him to attend a Christmas-day gathering at his sister's house at 59

Oakdale Road in North Reading, Massachusetts in the custody his father.  The father's

letter of agreement to be defendant's custodian is attached.  (Attached as exhibit A.)  The

father is a Massachusetts State Police officer and he agrees to keep defendant in his

custody and to report any violations of release.

The terms of this temporary amendment to the conditions of pre-trial release are

as follows:  Defendant may attend a family gathering at 59 Oakdale Road, North

Reading, Massachusetts between the hours of 11 AM and 8 PM on Christmas Day, in

accordance with the terms of Francis L. Muolo's attached December 21st letter.  The

defendant shall remain at all times in the custody and under the direction of his father.

Defendant shall not associate with persons on pre-trial release or Department of

Corrections or U.S. Bureau of Prisons status.  All other terms of pretrial release shall

remain in effect to the extent not modified hereby.

1

Based on defendant's representations, the persons expected to attend this gathering are defendant and his parents Francis L. & Anne Muolo, defendant's son Taylor von Kriegenbergh, Robert, Madeline & Lisa Marie Martini (hosts, defendant's sister).

Counsel has not been able to determine the position of Pre-Trial Services Officer Thomas O'Brien on this motion. Counsel has only contacted the officer today and the officer is occupied with other matters.

Dated this 22nd day of December, 2004 at Boston, Massachusetts.

s// Kevin L. Barron

_____

Kevin Lawrence Barron BBO550712
Attorney for Francis Muolo
453 Washington Street - 5th Fl.
Boston MA 02111-1325
Tel. No. 617-482-6368
Cellular 617-407-6837
Telecopier 617-517-7711

Motion Allowed/Denied:
SO ORDERED.

_____

US MAGISTRATE JUDGE
Dated: