December 21, 2004

To the US District Court for the District of Massachusetts:

My name is Francis L. Muolo and I am the father of Francis A. Muolo. Francis A. Muolo resides with me at 33 Cottage Street in Stoneham, MA on home electronic monitoring under the conditions of his pretrial release. I am employed full time as a Massachusetts State Police Trooper. I agree to be my son's custodian for the purposes of a temporary amendment to the conditions of his pre-trial release. There will be a family gathering at 59 Oakdale Road, North Reading, MA on Christmas Day between the hours of 11:00 AM and 8:00 PM. I agree to be my son's custodian for this gathering, to transport him there and back at the said hours and to report any violation of the conditions of his release to the US District Court Office of Pre-Trial Services.

Signed:

*[signature]*

Francis L. Muolo