December 15, 2005

To Whom It May Concern:

The Stoneham Sports Center, located at # 7 Central Street, Stoneham MA, a family owned business for over 30 years, is willing to employ Francis A Muolo from 9:00 AM to 5:00 PM Monday through Saturday.

The owners are William J. Muolo and Michael A. Muolo and they have no criminal records.

Francis A Muolo is capable of walking to the shop, since it is located less than a 1/4 of a mile from his residence of 33 Cottage Street, Stoneham, MA.

Thank you,

Sincerely Yours,

*[signature]*

William J. Muolo