UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

v.

FRANCIS A. MUOLO,
Anthony Bucci & David Jordan,
  Defendants.

04-CR-10194-RCL

AFFIDAVIT IN SUPPORT OF MOTION TO MODIFY
TERMS OF DEFENDANT MUOLO'S RELEASE

N O W  C O M E  Michael Muolo and William Muolo and say under penalty of perjury as follows:

1. We are Michael Muolo and William Muolo, the owners with Frank L. Muolo of the Stoneham Sports Center with an address of Stoneham Sports Center, 9 Central Street, Stoneham, MA 02180, Tel. No. 781-438-6237.

2. We have informed ourselves of the proposed conditions of our nephew Francis A. Muolo's release as set forth in his motion and we have read the government's response thereto. We agree that his hours of employment will be 8:45 AM to 5:15 PM. We shall inform ourselves and abide by the contents of any order modifying Francis A. Muolo's release.

3. We promise to supervise Francs A. Muolo at all times and to report any violation of the terms of his release to Pretrial Services (Tel. No. 617-748-9213).

*We, the undersigned, Michael Muolo and William Muolo, declare under penalty of perjury pursuant to 28 USC § 1746 that the foregoing is true and correct.*

Sworn this 16 day of March, 2005 at Stoneham, Massachusetts.

_____          _____
William Muolo                                              Michael Muolo