UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA

Docket No. 1:04-CR-10194-RCL

v.

FRANCIS A. MUOLO, Anthony Bucci and David Jordan,
        Defendants.

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE DISPOSITIVE PRE-TRIAL MOTIONS

N O W  C O M E S defendant, FRANCIS A. MUOLO, and moves for an order enlarging time for filing dispositive pre-trial motions from May 2, 2005 to May 9, 2005.  Counsel requires additional time for reviewing the voluminous discovery and dozens of recordings.  Counsel is also committed to travel to Philadelphia in his post-conviction review matter of *Commonwealth v. Tyrelle Mitchell*, Eastern District of the Supreme Court of Pennsylvania, 1572 EDA 2001 on April 28 - 30, 2005.

    Assistant US Attorney John McNeil, Esq., does not object to this motion.

    Dated this 26th day of April, 2005 at Boston, Massachusetts.

                                    /s/ Kevin L. Barron
                                    _____
                                    Kevin Lawrence Barron BBO550712
                                    Attorney for Francis A. Muolo
                                    453 Washington Street - 5th Fl.
                                    Boston MA 02111-1325
                                    Tel. No. 617-482-6368
                                    Cellular 617-407-6837
                                    Telecopier 617-517-7711

2

CERTIFICATE OF ELECTRONIC FILING

    Counsel certifies he has caused this motion to be filed electronically in the Electronic Case Filing system maintained by the District of Massachusetts on April 26, 2005.

/s/ Kevin L. Barron
_____
Kevin Lawrence Barron
BBO550712