UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 1:04-CR-10194-RCL

UNITED STATES of AMERICA,

v.

FRANCIS MUOLO,  Anthony
Bucci and David Jordan,
            Defendants.


MOTION TO SEVER

N O W   C O M E S defendant, Francis A. Muolo, by his counsel, and moves for

an order granting relief from prejudicial joinder pursuant to FRCrimP Rule 14

and the Fifth and Sixth Amendments, US Constitution.

Defendant offers a memorandum of law in support of this motion.

This motion should be granted for the reasons set forth above and as may

be established after hearing.

Dated this 7th day of May, 2005 at Boston, Massachusetts.

/s/ *Kevin L. Barron*
Kevin Lawrence Barron BBO550712
Attorney for FRANCIS MUOLO
453 Washington Street - 5th Fl.
Boston MA 02111-1325
Tel. No. 617-407-6837
Cellular 617-407-6837
Telecopier 617-517-7711
k@lawyerbarron.com


ELECTRONIC FILING


1