# KEVIN LAWRENCE BARRON
**ATTORNEY AT LAW**

453 WASHINGTON STREET - 5TH FLOOR
BOSTON, MASSACHUSETTS 02111-1325
TELEPHONE: 617-482-6368
TELECOPIER 617-517-7711
E-MAIL: K@LAWYERBARRON.COM

ADMITTED MA, NY, ME

October 25, 2005

Hon. Reginald C. Lindsay, USDJ
Attn. Lisa Hourihan, Clerk
United States District Court
One Courthouse Way - 2nd Fl.
Boston, MA 02210

EKECTRONIC FILING

RE:     *US v. Francis MUOLO, Anthony Bucci, et al.;*
        <u>Action No.  1:04-cr-10194-RCL-3 (Def. Muolo)</u>


Dear Judge Lindsay:

Defendant Francis Muolo withdraws his motion to suppress set for hearing on Thursday, October 27, 2005 at 9AM.  Mr. Muolo and I regret that we were not able to give you this notification sooner for your scheduling convenience.

Best regards,


Kevin L. Barron
KB


cc:     AUSA John McNeil, Esq.