UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 1:04-CR-10194-RCL

UNITED STATES of AMERICA

v.

FRANCIS MUOLO,
Anthony Bucci and David Jordan,
        Defendants.

## MOTION FOR TEMPORARY AMENDMENT TO CONDITIONS OF RELEASE

N O W  C O M E S defendant, FRANCIS MUOLO, and moves to amend the conditions of his release on electronic monitoring for the Christmas holiday. Mr. Muolo moves for an order allowing him to leave his residence in the custody of his father from time to time beginning 6:00 AM on December 24 through midnight on December 26, 2005 and from 6:00 AM on December 31, 2005 to midnight on January 1, 2006. The father is defendant's bail custodian and an active-duty Massachusetts State Police Trooper. The father, Francis Muolo, Sr., agrees to keep defendant in his custody and to report any violations of release.

Previously, US Pretrial Services has argued that Mr. Muolo should terminate electronic monitoring and be released on personal recognizance with conditions.

1

Dated this 15th day of December, 2005 at Boston, Massachusetts.

s// *Kevin L. Barron*

_____
Kevin Lawrence Barron BBO550712
Attorney for Francis Muolo

453 Washington Street - 5th Fl.
Boston MA 02111-1325
Tel. No. 617-482-6368 Cell. 617-407-6837
Telecopier 617-517-7711

Motion Granted/Denied:
SO ORDERED.

_____
                        ,USDCJ
Dated: