UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 1:04-CR-10194-RCL

UNITED STATES of AMERICA

v.

FRANCIS MUOLO,  Anthony
Bucci and David Jordan,
                    Defendants.

MOTION TO IMPOUND

N OW   C O M E S   Kevin L. Barron, CJA counsel to defendant, and moves for an

order impounding certain expert reports pursuant to LR 7.2.  Counsel believes

there is good cause that an impoundment order issue and should not be lifted

because the relevant material contains psychological test data and psychiatric

information.  The information should be released to counsel as the court requires,

subject to protective order.  Counsel seeks leave hereby to move *ex parte* for a

protective order on terms the Court deems just if this motion is granted.  In

accordance with L.R. 7.2 (c), there should be no cut-off date for the order sought

in this motion; once the judgment of this action becomes final as to all defendants

and collateral review has concluded (or time for the same has expired), material

not specifically released from impoundment should be returned to counsel for

destruction.  This request should not be construed as a blanket order of

impoundment.  L.R. 7.2(e).  It is intended to apply only to anticipated expert

psychiatric reports and a motion for a protective order.

Dated this 2nd day of November, 2005 at Boston, Massachusetts.


/s./ *Kevin L. Barron*

Kevin Lawrence Barron 550712
Attorney for Francis A. Muolo
453 Washington Street 5B
Boston, MA 02111-1325
Tel. No. 617-482-6368
Fax: 617-517-7711
Email: k@lawyerbarron.com

CERTIFICATE OF SERVICE

Counsel certifies that he has, today, February 6, 2006, caused AUSA McNeil, Esq., and co-counsel Michael Natola, Esq., and Thomas Drechsler, Esq., all to be served with a true copy of this motion electronically through this District's CM/ECF and that there are no counsel in this case requiring service by regular mail.


/s./ *Kevin L. Barron*

Kevin Lawrence Barron 550712