UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Pretrial Services

**JOHN R. RILEY**
CHIEF PRETRIAL SERVICES OFFICER
UNITED STATES COURTHOUSE
1 Courthouse Way, Suite 1300
Boston, MA 02110
TEL: 617-748-9213
FAX: 617-748-4114

1550 MAIN STREET, RM 534
SPRINGFIELD, MA 01103
TEL: 413-785-0251
FAX: 413-785-0264

595 MAIN STREET, RM 401
WORCESTER, MA 01608
TEL: 508-793-0444
FAX: 508-793-0443

February 9, 2006

Honorable Reginald C. Lindsay
Judge, U.S. District Court
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: **Muolo, Francis.**
**CR#04-10194-RCL**
<u>**Release Status Letter**</u>

Dear Judge Lindsay,

The above named defendant is scheduled to appear before Your Honor today for a Rule 11 Hearing. The defendant initially appeared before Magistrate Judge Joyce London Alexander on May 21, 2004, to answer to a Complaint charging him with Conspiracy to Possess with Intent to Distribute Cocaine. Mr. Muolo was held detained pending a Detention Hearing. On May 25, 2004, Mr Muolo appeared before Magistrate Judge Joyce L. Alexander for a Detention Hearing, at which time Mr. Muolo was held..

On June 22, 2004, Mr. Muolo appeared before Magistrate Judge Joyce L. Alexander for a Bail Review Hearing. Magistrate Judge Joyce L. Alexander released Mr. Muolo on a $50,000 unsecured bond and the following conditions of release:

1. Electronic Monitoring.
2. Do not use or possess illegal drugs.
3. No contact, direct or indirect w/ co-defendants, witnesses or victims named in criminal complaint.
4. Maintain residence at 33 Cottage St., Stoneham, MA.
5. Surrender passport and do not obtain another or travel documents.
6. Notify Pretrial Services of any new arrests within 24 hours.
7. Surrender/do not possess any weapons/firearms or firearms licenses.
8. Random drug testing.
9. Report any contact with law enforcement to PTS within 24 hours.
10. Refrain from excessive use of alcohol.
11. Participate in drug treatment as deemed necessary by PTS.

A check with the Massachusetts Criminal History Board reveals no warrants and no new arrests while on release.

This letter is being submitted for informational purposes.

U.S. Court Judge Reginald C. Lindsay					February 9, 2006

Respectfully submitted,

Christopher R. Wylie
U.S. Pretrial Services Officer,
Electronic Monitoring Specialist

cc: John T. McNeil, AUSA
    Albert F. Cullen, Jr. Esq.
    Allyson Lorimer, DCUSPO

Reviewed by:

Basil F. Cronin, Supervising
U.S. Pretrial Services Officer