UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

                                            Action No. 1:04-cr-10194 RCL

    v.

FRANCIS MUOLO, Anthony Bucci
and David Jordan,
        Defendants.

## MOTION FOR CHANGE OF DETENTION

N O W  C O M E S defendant's Francis Muolo, by his counsel, and moves, respectfully, for an order directing the US Marshals Service to change defendant Francis Muolo's place detention from Plymouth County Correctional Facility ("PCCF") to the Essex County House of Corrections at Middleton ("Middleton"). The government and counsel have conferred pursuant to LR 7.1 and the government does not oppose this motion, but takes no position with respect to the statements contained herein. Counsel does not believe co-defendants have standing to object.

    Counsel requests relief on the following grounds:

    1.    Mr. Muolo's safety and security are better addressed at Middleton.

    2.    Mr. Muolo has not received his medication regularly at PCCF and his hypertension has elevated.

    3.    Mr. Muolo has no convictions and has never served a sentence of incarceration. His family live in Stoneham and will be better able to visit him there.

1

WHEREFORE, counsel prays that relief be granted.

Dated this 27th day of March, 2006 at Boston, Massachusetts.

/s./ *Kevin L. Barron*
Kevin Lawrence Barron 550712
Attorney for Francis A. Muolo
453 Washington Street 5B
Boston, MA 02111-1325
Tel. No. 617-482-6368
Fax: 617-517-7711
Email: k@lawyerbarron.com

CERTIFICATE OF SERVICE

Counsel certifies that he has served AUSA's McNeil & Merrit and co-counsel Michael Natola, Esq., and Thomas Drechsler, Esq., electronically with a true copy of this motion by the CM/ECF of this District today on March 27, 2006. No party requires service by mail.

/s./ *Kevin L. Barron*
Kevin Lawrence Barron 550712