TABLE OF CONTENTS

Preliminary……………………………………………………………………1


FACTS……………………………………………………………………….2
A.     General……………………………………………………………....2
B.     Relationship to Co-Defendant………………………………………3
C.     Social and Personal Factors…………………………………………4
D.     Clinical Evaluations of Diminished Capacity………………………6
E.     Plea Agreement and Recommendations of the Parties……………8


ARGUMENT………………………………………………………………..9

POINT I: COURT HAS BROADER SENTENCING AUTHORITY
A.     Contours of the New Sentencing Law………………………………9

POINT II: DIMINISHED CAPACITY AND EXTRAORDINARY
MENTAL CONDITIONJUSTIFY DEPARTURE…………………..…..13
A.     Diminished Capacity………………………………………………...13
B.     Combination Departure……………………………………………...17
C.     Age and Recidivism…………………………………………………18


NON-DEPARTURE MITIGATON………………………………………20

CONSIDERATIONS WITHIN GSR………………………………………...20

JUDICIAL RECOMMENDATION………………………………………20

CONCLUSION……………………………………………………………..20