EXHIBITS

Exhibits C - F
and
Letters to Court

FILED UNDER SEAL