UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10194-RCL |
| ) | |
| FRANCIS MUOLO ) | |

**DISMISSAL OF FRANCIS MUOLO**
**FROM COUNT THREE OF THE INDICTMENT**

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the defendant FRANCIS MUOLO from Count Three of the Indictment which charges him with the possession, carrying and use a firearm during and in relation to the commission of a drug trafficking offense, in violation of 18 U.S.C. §924(c). In support of this dismissal, the government states that, pursuant to a plea agreement, FRANCIS MUOLO has pleaded guilty to Counts One and Two of the Indictment charging him with drug trafficking offenses, and the dismissal is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: 5/30/06

By: _____
DIANE C. FRENIERE, Chief
White Collar Crime Section

_____
JOHN T. McNEIL
Assistant U.S. Attorney

Leave to File Granted:

_____
Reginald C. Lindsay, Judge
United States District Court

5/30/06